**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>              v.<br>DANIEL DENNES-GARCIA  (3)<br>    Defendant. | Criminal no. 18-23 (PAD) |

**MOTION TO CONTINUE OR TO BE EXCUSED STATUS CONFERENCE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Dennes-Garcia, and respectfully states and prays as follows:

1. A status conference has been scheduled for July 31, 2019. (See Docket #273)

2. The undersigned is scheduled to appear before Judge Dominguez in case *United States v. Joanessa De Jesus*, 17-454 (DRD), for a previously scheduled sentencing hearing.

3. Therefore, it is requested that the case status is continued or that the undersigned attorney is excused from appearing. A separate motion will inform the Court of the attorney that will substitute counsel.

**WHEREFORE**, Mr. Dennes-Garcia respectfully requests that this Honorable Court continues the recently re-scheduled status conference or authorizes substitution of the undersigned.

   **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of July 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
