## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                    v.<br>DANIEL DENNES GARCÍA<br>    Defendant. | Criminal no. 18-023 (PAD) |

### MOTION FOR A CONTINUANCE

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Dennes García, and respectfully states and prays as follows:

1. The Court has scheduled Mr. Dennes Garcia's sentencing hearing for June 12, 2023. (*See* Docket Entry #568).

2. At the present time, the undersigned and USPO Llovet have interviewed Mr. Dennes García to amend the submitted Pre-Sentence Investigation Report.

3. Nevertheless, it is apparent that additional time is necessary to acquire various documents currently in possession of various state agencies, including the Department of Corrections and Rehabilitation, APS, and the Department of Education of Puerto Rico.

4. It is suggested that the Court sets the sentencing hearing for August 8, 2023, for 9:00 am.[1]

**WHEREFORE**, Mr. Dennes García respectfully requests that this motion is granted and that the Court sets the sentencing hearing for any one of the suggested dates.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st of June, 2023.

---

[1] The undersigned counsel has another sentencing hearing already scheduled for that day in case 21-002 (ADC), US v. Riera, currently set at 11:00 am. The undersigned will then be flying in already for that event and is requesting that this date be used to accommodate the current hearing.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com